United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                           In Replying Give Number
Clerk                                 Of Case and Names of Parties

January 29, 2024

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **MAY 13, 2024, IN BIRMINGHAM, ALABAMA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.**  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email **Jenifer_Tubbs@ca11.uscourts.gov**

                                              **JENIFER TUBBS**
                                              Court Sessions Supervisor

---

***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS.  PLEASE REFER TO CALENDAR #16.***

| Case No. | Case Name |
|---|---|
| 22-14274 | Gray Television, Inc. v. Federal Communications Commission, et al. |
| 22-12913 | Lindsay Davis, et al. v. J. White, et al. (Consolidated with 22-12915, Nicole Slone, et al. v. J. White, et al. and 22-12916, Monica Lawrence, et al. v. J. White, et al.) |
| 23-10406 | Walter Pettaway v. Nicholas Barber |
| 23-10954 | Denise Hughes v. Monique Locure |
| 22-13376 | William Spears, Jr. v. Rick Patel, et al. |
| 23-11041 | Green Rock LLC v. Internal Revenue Service, et al. |
| 23-11163 | Jonathan Singleton v. Secretary of the Alabama Law Enforcement Agency |
| 23-11478 | Donald Lyons, et al. v. Saeilo Inc. |
| 20-13179 | Doris Sloan v. Drummond Company, Inc., et al. |
| 23-10572 | Amanda Curlee v. AT&T Mobility Services, LLC |
| 23-10050 | Austin Rappuhn v. Primal Vantage Company |
| 21-11643 | Muscogee (Creek) Nation, et al. v. Billy Smith, et al. |
| 23-10479 | United States v. James Harding |
| 22-13164 | Martha Rosales-Mendez v. U.S. Attorney General |
| 23-11899 | Jeremy Hitt v. CSX Transportation Inc. |
| 22-14237 | Securities and Exchange Commission v. Justin Keener |